App. Div.]                First Department, June, 1921.

NEUMAN LONDON, Respondent, v. SAMUEL OPPENHEIMER, Defendant, and MAX OPPENHEIMER, Appellant, Copartners, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MAY OLMSTED, Appellant, v. CLARENCE E. OLMSTED, Respondent. — Order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PERCY C. SCHEUER and Another, Copartners, etc., Respondents, v. MILTON A. HERZIG, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

TROPICAL TIRE AND RUBBER Co., INC., Respondent, v. PIETRO ALVINO, Doing Business under the Style of A. ALVINO & FIGLIO, Appellant.— Order modified as stated in order and as so modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

BECKIE N. MUSHER, Respondent, v. THE TOWN OF LIVINGSTON, Appellant, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MORRIS MUSHER, Respondent, v. THE TOWN OF LIVINGSTON, Appellant, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MARIE E. HARTMANN, Respondent, v. OTTO R. HARTMANN, Appellant.— Order modified by reducing alimony to $50 a week and counsel fee to $250, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SIDNEY STEINER, Appellant, v. PERCY C. SCHEUER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FAY EISENBERG, Appellant, v. LESTER W. EISENBERG, Respondent.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLIAM C. J. BARTELS, Respondent, v. WILLIAM R. HOPKINS and Another, Appellants, Impleaded with Another.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ALFRED ORLIK, Respondent, v. WIENER BANK VEREIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.